IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT

### NOTICE OF DEFENDANT'S INTENT TO JOIN THE MOTION OF
### THE UNITED STATES REGARDING JURY COMPOSITION

Comes now the defendant, Kevin L. Trent, by counsel, and hereby give NOTICE of his intent, at the hearing on April 19, 2019, to join the Motion of the United States Regarding Jury Composition, ECF 383.

Respectfully submitted this 10th day of April, 2019,

KEVIN L. TRENT

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Trent

/s/ James C. Turk
Counsel for Mr. Trent

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

                                        /s/ Aaron L. Cook
                                        Counsel for the defendant

2

Case 4:18-cr-00011-MFU-RSB   Document 395   Filed 04/10/19   Page 2 of 2   Pageid#: 1416