IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT

## NOTICE OF DEFENDANT'S INTENT TO JOIN
## THE MOTION OF THE UNITED STATES REGARDING JURY ANONYMITY

Comes now the defendant, Kevin L. Trent, by counsel, and hereby give NOTICE of his intent, at the hearing on April 19, 2019, to join in part the Motion of the United States Regarding Jury Anonymity, ECF 385, whereby juror biographic information is not mentioned publicly in open court or in open court records, provided the jurors are not informed of that fact and that the parties are given access to the juror's biographical information.

Respectfully submitted this 10th day of April, 2019,

KEVIN L. TRENT

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Trent

/s/ James C. Turk
Counsel for Mr. Trent

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

      /s/ Aaron L. Cook
Counsel for the defendant