IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT, JR.

**MOTION TO MERGE MULTIPLICITOUS § 924(c) COUNTS IN THE INDICTMENT**

Comes now the defendant, Kevin L. Trent, Jr., by counsel, before trial as required by Rule 12(b)(3)(B)(ii) of the Federal Rules of Criminal Procedure, and moves the Court to merge counts three and five, counts seven and nine, counts thirteen and fifteen, and counts seventeen and nineteen of the First Superseding Indictment, ECF No. 207, for charging the same offense in more than one count.

Respectfully submitted this 14th day of May, 2019,

KEVIN L. TRENT, JR.

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Trent

/s/ James C. Turk
Counsel for Mr. Trent

COOK ATTORNEYS, a professional corporation
71 Court Square, Suite B, Harrisonburg, Virginia 22801
(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

      /s/ Aaron L. Cook
Counsel for the defendant

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**