IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 4:18-cr-00011 |
| | ) | |
| MARCUS JAY DAVIS, | ) | |
| *et al.* | ) | |

## UNITED STATES' MOTION TO DISMISS COUNTS 5, 9, 15, and 19

The United States of America, by undersigned counsel, hereby files this Motion to Dismiss Counts 5, 9, 15, and 19 of the First Superseding Indictment. In support of the Motion, the government states as follows:

This is a multi-defendant, multi-count RICO prosecution. As relevant to this Motion, the First Superseding Indictment currently charges as follows:

| **CRIMINAL ENTERPRISE** | |
|---|---|
| Count 1 | Racketeering Conspiracy (18 U.S.C. § 1962) |
| **ATTEMPTED MURDER OF ARMONTI WOMACK ON JUNE 15, 2016** | |
| Count 2 | VICAR attempted murder of Armonti Womack (18 U.S.C. § 1959) |
| Count 3 | Use of Firearm During Crime of Violence (attempted murder of Womack) (18 U.S.C. § 924(c)) |
| Count 4 | VICAR Assault with a Dangerous Weapon of Armonti Womack (18 U.S.C. § 1959) |
| Count 5 | Use of Firearm During Crime of Violence (ADW of Womack) (18 U.S.C. § 924(c)) |
| **ATTEMPTED MURDER OF DWIGHT HARRIS ON JUNE 15, 2016** | |
| Count 6 | VICAR attempted murder of Dwight Harris (18 U.S.C. § 1959) |
| Count 7 | Use of Firearm During Crime of Violence (attempted murder of Harris) (18 U.S.C. § 924(c)) |
| Count 8 | VICAR Assault with a Dangerous Weapon of Dwight Harris (18 U.S.C. § 1959) |
| Count 9 | Use of Firearm During Crime of Violence (ADW of Harris) (18 U.S.C. § 924(c)) |
| **MURDER OF CHRISTOPHER MOTLEY ON AUGUST 20, 2016** | |
| Count 10 | VICAR murder of Christopher Motley (18 U.S.C. § 1959) |

1

| | |
|---|---|
| Count 11 | Use of Firearm During Crime of Violence (murder of Motley) (18 U.S.C. § 924(c), (j)) |
| **ATTEMPTED MURDER OF JUSTION WILSON ON AUGUST 20, 2016** | |
| Count 12 | VICAR attempted murder of Justion Wilson (18 U.S.C. § 1959) |
| Count 13 | Use of Firearm During Crime of Violence (attempted murder of Wilson) (18 U.S.C. § 924(c)) |
| Count 14 | VICAR Assault with a Dangerous Weapon of Justion Wilson (18 U.S.C. § 1959) |
| Count 15 | Use of Firearm During Crime of Violence (ADW of Wilson) (18 U.S.C. § 924(c)) |
| **ATTEMPTED MURDER OF TYLIEK CONWAY ON AUGUST 24, 2016** | |
| Count 16 | VICAR attempted murder of Dwight Harris (18 U.S.C. § 1959) |
| Count 17 | Use of Firearm During Crime of Violence (attempted murder of Harris) (18 U.S.C. § 924(c)) |
| Count 18 | VICAR Assault with a Dangerous Weapon of Dwight Harris (18 U.S.C. § 1959) |
| Count 19 | Use of Firearm During Crime of Violence (ADW of Harris) (18 U.S.C. § 924(c)) |

Defendants Kevin Trent, Phillip Miles, and Kanas Trent, have moved to dismiss, among others, Counts 5, 9, 15, and 19 all of which allege violations of 18 U.S.C. § 924(c). Although the United States disagrees with many of the arguments asserted by Defendants, for reasons related to judicial economy, prosecutorial resources, and prosecutorial discretion, the government hereby moves to dismiss without prejudice Counts 5, 9, 15, and 19 of the First Superseding Indictment.

## CONCLUSION

For the reasons stated above, the United States respectfully requests the Court to dismiss without prejudice Counts 5, 9, 15, and 19 of the First Superseding Indictment.

        Respectfully submitted,

        THOMAS T. CULLEN
        UNITED STATES ATTORNEY

By:    */s/ Laura Day Rottenborn*
        Laura Day Rottenborn, VSB No. 94021
        Ronald M. Huber, VSB No. 31135
        Heather L. Carlton, VSB No. 84752
        Assistant United States Attorneys

        Michael J. Newman
        Special Assistant United States Attorney

        United States Attorney's Office
        255 West Main Street, Suite 130
        Charlottesville, VA 22902
        434-293-4283

        Laura.Rottenborn@usdoj.gov
        Ron.Huber@usdoj.gov
        Heather.carlton@usdoj.gov
        newmamj@danvilleva.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 2019, I filed the foregoing Motion to Dismiss via ECF, which provided service on all counsel of record.

        */s/ Laura Day Rottenborn*
        Laura Day Rottenborn
        Assistant United States Attorney