IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

                                                      Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT, JR.

**RESPONSE TO COURT'S ORDER
REGARDING FINAL DRAFT JURY QUESTIONNAIRE**

Comes now the Defendant, Kevin L. Trent, Jr., by counsel, and submits this response to the Court's Order, ECF 557, directing the parties to file any comments or objections regarding the Final Draft Jury Questionnaire.

Generally speaking, the Defendant is satisfied with the proposed questionnaire. However, the Defendant <u>objects</u> to the inclusion of so-called AKAs at pages 11-12 of the Final Draft Jury Questionnaire. These AKAs assigned to the Defendant by the government on the face of the indictment were not names obtained by the Defendant through a lawfully recognized name change proceeding such as Virginia Code § 8.01-217. None of the assigned AKAs appear on documentation such as credit cards, lease agreements, or state-issued identification.

The Defendant asserts that the assigned AKAs will not be helpful in ascertaining whether a juror knows the Defendant. Rather, names such as "Bad Ass" or "Six Owe" may only serve to prejudice a juror against the Defendant.

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

Respectfully submitted this 24th day of July, 2019,

                                            KEVIN L. TRENT, JR.

                                            By Counsel

                                            /s/ Aaron L. Cook
                                            Counsel for Mr. Trent

                                            /s/ James C. Turk
                                            Counsel for Mr. Trent

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

      /s/ Aaron L. Cook
      Counsel for the defendant

3

Case 4:18-cr-00011-MFU-RSB   Document 560   Filed 07/24/19   Page 3 of 3   Pageid#: 2621