IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT, JR.

**NOTICE OF APPEAL**

Comes now the Defendant, Kevin L. Trent, Jr., by Counsel, pursuant to Rule 4(b)(1)(A)(ii) of the Rules of Appellate Procedure and hereby gives NOTICE that he appeals to the United States Court of Appeals for the Fourth Circuit from the Order of this Court entered July 23, 2019, ECF No. 555, denying his Motion to Dismiss Counts 3, 7, 11, 13, and 17, the United States having filed on August 21, 2019, a Notice of Appeal as to that same Order.

Respectfully submitted this 22nd day of August, 2019,

KEVIN L. TRENT, JR.

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Trent

/s/ James C. Turk
Counsel for Mr. Trent

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

                                     /s/ Aaron L. Cook
                                     Counsel for Mr. Trent

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**