# Virginia Department of Forensic Science
## Request for Laboratory Examination

Investigating Officer(s): R P Wright

Telephone #: (434) 799-6508
Email Address: wrightrp@danvilleva.gov
Agency and Address:
Danville Police Department
PO Box 3300
Danville, VA 24541
Agency Case Number:
16008984

Names of Victims (Last, First, Middle):

Names of Suspects (Last, First, Middle):
Trent, Kavius Lamonte

Date/Type of Offense:
11/02/2016 / Poss. of firearm by convicted felon.
Brief Statement of Fact (continue on separate page if necessary):
During a traffic stop a firearm was recovered from a convicted felon.

**Gray Areas are for DFS Use Only**

FX

FS Lab #: W16-10692  Sub #: 4

Department of Forensic Science
W16-10692 Submission 4
Danville P D / P.O. Box 3300 Danville, Va. 24543

Previous Submission? If yes, previous FS Lab #:

DOB:   Race/Sex:

DOB:   Race/Sex: Black/Male

Court Date: ___
☐ District ☐ Circuit ☐ Juvenile ☐ Federal

Jurisdiction of Offense: Danville

Specify manner of return of evidence: ☒ Mail ☐ Personal Pick-up

| Container | Evidence Submitted: Itemize and Describe Evidence and Designate Requested Examinations |
|---|---|
| C-21 | Item # 4 to be compared with item # 23 (PPD Case 16004722) (W16-6453)<br><br>IT - test fires produced from Item 1 pistol (previously generated @ Western Lab)  wmg 5/12/19 |

This evidence is being submitted in connection with a criminal investigation and has not been examined by another laboratory. Tests performed utilize methods which are available on the Department website.

Submitting Officer (print): R P Wright
Sign: RP W    Date: 05/07/2019
Received by (print): TMVa
Sign: ___ Date: 5/7/19

Relinquished by (print): ___
Sign: ___ Date: ___
Received by (print): ___
Sign: ___ Date: ___

Request for Laboratory Examination
Issued by: Deputy Director
Issue Date: 14-August-2008

DFS Document 100-F100
Revision Number 0
Page 1 of 1