IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 4:18cr00011

v.

KEVIN L. TRENT, JR.

**MOTION *IN LIMINE* REGARDING OBJECTIONS AT TRIAL**

Comes now the Defendant, Kevin L. Trent, Jr., by counsel, for the sake of order and expediency in front of the jury and for the sake of the record, moves the Court for an Order recognizing that – unless otherwise noted – objections made a trial by one defendant is joined in by all other defendants without requiring every defendant to note the objection.

Respectfully submitted this 11th day of October, 2019,

KEVIN L. TRENT, JR.

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Trent

/s/ James C. Turk
Counsel for Mr. Trent

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

/s/ Aaron L. Cook

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**