# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

Case No.: **4:18CR00011-002**                                      Date: **8/3/20**

**Defendant: Kevin Lamont Trent, custody**          **Counsel: Aaron Cook, Jimmy Turk - CJA**

PRESENT:   JUDGE:                     Michael F. Urbanski, CUSDJ
           TIME IN COURT:             10:11-11:36  1h 25m
           Deputy Clerk:              Kristin Ayersman
           Court Reporter:            Judy Webb
           U. S. Attorney:            Ron Huber, Heather Carlton
           USPO:                      Mike Terry
           Case Agent:                none
           Interpreter:               none

## LIST OF WITNESSES

GOVERNMENT:                          DEFENDANT:
1.                                   1. Kevin Lamont Trent Sr.
2.                                   2.
3.                                   3.
4.                                   4.

**PROCEEDINGS:**

☒  Court inquires as to Objection(s) to Presentence Report made by ☒ USA  ☒ Deft. – court notes that several objections were made and were clarified prior to final PSR being filed, with the exception of two. Court asks for positions of parties re offense level, and obstruction enhancement. USA argument. Dft counsel responds.
   ☒ Court overrules Dft Objection(s).        ☒ Court agrees with USA.

☒  Defendant presents evidence - Kevin Lamont Trent Sr., sworn. Cross. Court addresses witness.

☒  Argument.

☒  Court adopts Presentence Report with changes as noted.
☒  Allocutions.

**SENTENCE IMPOSED AS FOLLOWS:**

CBOP:  Ct 1 – 180 months, Ct 2 – 120 months to run concurrent to Ct 1
PROB:  ____
SR:    Ct 1 – 5 years; Ct 2 – 3 years to run concurrent to Ct 1 months or years - comply w/Standard, Mandatory & Special Conditions.
       ☐ Mandatory drug testing suspended.
SA:    $200.00 due immediately.
FINE:  $____
REST:  $830.77 J/S with co-dfts and related cases

☒  Court recommends as follows:
   ☒  That Defendant be designated to a BOP facility closest to his home in Danville that is consistent with his security classification (FCC Petersburg). The defendant requests to be housed with his brother and cousin (co-dfts) – the court will not recommend this, but will note it in the judgment and leave to the discretion of the BOP.

**SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):**

|   |   |
|---|---|
| ☒ | The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons. |
| ☒ | Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation is necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program. |
| ☒ | The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. |

**PAYMENT SCHEDULE:**

|   |   |
|---|---|
| ☒ | A lump sum payment of $200.00 is due immediately, and during the term of imprisonment, payment in equal monthly installments of $25.00 or 50% of the defendant's income, whichever is greater, to commence 60 days after the date of this judgment; and payment in equal  monthly installments of $25.00 during the term of supervised release, to commence 60 days after release from imprisonment. |

**ADDITIONAL RULINGS:**

|   |   |
|---|---|
| ☒ | All remaining counts dismissed on Government Motion. |
| ☒ | Defendant advised of right to appeal. |
| ☒ | Defendant remanded to custody. |

Additional Information:
Dft states that he remains fully satisfied with his counsel in this case.